|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| MARK PICOZZI, | Case No. 2:20-cv-00593-GMN-NJK |
| Plaintiff | ORDER |
| v. | |
| STATE OF NEVADA et al., | |
| Defendants | |

**I.  DISCUSSION**

On March 23, 2020, Plaintiff appeared to initiate a new action with the Court by submitting a complaint with no case number to the Clerk's Offfice.  (ECF No. 1-1).  On March 30, 2020, the Court directed Plaintiff to submit an application to proceed *in forma pauperis* or to pay the full filing fee for a civil action to proceed with this case. (ECF No. 3).  In response, Plaintiff filed a motion for clarification. (ECF No. 4).

In the motion for clarification, Plaintiff states that he filed his application to proceed *in forma pauperis* and financial certificate in *Picozzi v. State of Nevada*, 2:20-cv-00518-RFB-BNW.  (*Id.* at 1).  Plaintiff asserts that all of his documents were supposed to be submitted into that earlier case.  (*Id.* at 2).

The Court now grants Plaintiff's motion for clarification (ECF No. 4).  Based on the motion, it is clear that Plaintiff intended to file the complaint in this case (ECF No. 1-1) in his earlier opened case, 2:20-cv-00518-RFB-BNW.  The Court now closes the instant case because it was opened in error. The Clerk of the Court will send Plaintiff a copy of the complaint filed in this case (ECF No. 1-1). If Plaintiff wants to file his complaint in the earlier filed case, he must submit the complaint to the Clerk of the Court with the appropriate case number, 2:20-cv-00518-RFB-BNW.  Plaintiff must include case number 2:20-cv-00518-RFB-BNW on all documents that he seeks to submit in that case.

**II.  CONCLUSION**

For the foregoing reasons, it is ordered that the motion for clarification (ECF No. 4) is granted.

It is further ordered that the Clerk of the Court send Plaintiff a courtesy copy of his complaint (ECF No. 1-1).

It is further ordered that the instant case was opened in error. The Clerk of the Court is directed to close this case.

DATED THIS __10__ day of April 2020.

Gloria M. Navarro, Judge
United States District Court